# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0125. BRYAN LEE HOUSE v. THE STATE.**

In 2014, Bryan Lee House pled guilty to aggravated stalking and terroristic threats. The court imposed a sentence of 15 years, with the first 3 years to be served in confinement and the remainder to be served on probation. In August 2021, the court revoked the balance of House's probation. House then filed a motion to vacate the 2021 sentence, arguing that the court was authorized to revoke only two years of his probation. The trial court denied the motion on October 10, 2022. On November 10, 2022, House filed this application for discretionary appeal. We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). House filed this application 31 days after entry of the trial court's order denying his motion.

Accordingly, the application is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__12/05/2022_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*